

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | CASE NO. 19-31275-H5-7 | ENTERED |
| | § | | 04/23/2019 |
| MICHAEL VEACH and CARLA VEACH, | § § | | |
| Debtor | § | CHAPTER 7 | |
| | § | | |
| WELLS FARGO BANK, N.A., | § | | |
| Movant | § | HEARING DATE: 04/30/2019 | |
| | § | | |
| v. | § | TIME:  09:30 AM | |
| | § | | |
| MICHAEL VEACH and CARLA VEACH; and RANDY W. WILLIAMS, Trustee | § § § | | |
| Respondents | § | JUDGE Jeffrey P. Norman | |

### AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
(This Order resolves Docket # )

WELLS FARGO BANK, N.A. ("Movant") filed a motion for relief from the automatic stay against

8615 CAPE ROYAL DR
CYPRESS, TX  77433-6684

LOT SEVENTEEN (17), IN BLOCK ONE (1), OF CANYON LAKES WEST SECTION TWO (2), A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED UNDER FILM CODE NO. 613100 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS,

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by the Trustee's signature below, the Trustee has agreed to the termination of the automatic stay effective October 31, 2019.

Accordingly, it is ordered that effective midnight on October 31, 2019, Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001 (a)(3) does not apply.

Signed: April 23, 2019

Jeffrey P. Norman
United States Bankruptcy Judge

Agreed:

AGREED AND ENTRY REQUESTED:

/s/ Randy Williams, signed by permission
RANDY WILLIAMS
TBA NO.: _____
S.D. TEX. BAR NO.: _____
CHAPTER 7 TRUSTEE

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.