

ENTERED
04/25/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-31275-H5-7 |
| | § | |
| MICHAEL VEACH and CARLA VEACH, | § § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| MIDFIRST BANK, | § | |
| Movant | § | HEARING DATE: 04/30/2019 |
| | § | |
| v. | § | TIME:  09:30 AM |
| | § | |
| MICHAEL VEACH and CARLA VEACH; and RANDY W. WILLIAMS, Trustee | § § § | |
| Respondents | § | JUDGE Jeffrey P. Norman |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AFTER HEARING**
(This Order Resolves Docket # 20)

MIDFIRST BANK ("Movant") filed a motion for relief from the automatic stay against

1947 MCDONALD AVENUE
NEW ALBANY, IN  47150

LOT NO. ONE (1) AND THE WEST ELEVEN (11) FEET OF LOT NO. TWO (2) IN BLOCK FOURTEEN (14) ON MCDONALD AVENUE IN PLAT NO. 490, OF THE FLOYD COUNTY, INDIANA RECORDS.

(the "Property").  Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

| | |
|---|---|
| _____ | Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted. |
| XXX | The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief. |
| _____ | The debtor filed a response that the debtor was unable to admit or deny the allegations,  the debtor failed to appear at the hearing, and no other party opposed the requested relief. |

_____	After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____	No timely response was filed. Accordingly, the motion is granted by default.

_____	As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____	Movant is awarded attorneys fees in the amount of $_____.

_____	The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

Signed: April 25, 2019

Jeffrey P. Norman
United States Bankruptcy Judge