

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/13/2019

| | | |
|---|---|---|
| IN RE: | § | |
| MICHAEL VEACH; dba GLOBAL SLEEP | § | CASE NO: 19-31275 |
| TECHNOLOGIES; dba GLOBAL SLEEP | § | |
| HEADQUARTERS, LP; dba ARM | § | |
| ASSOCIATES, LP; dba EMBLEM | § | |
| RESOURCES, LLC; dba EMBLEM GROUP, | § | |
| LLC, *et al* | § | |
|     Debtor(s) | § | |
| | § | CHAPTER 7 |

## ORDER DENYING APPLICATION TO EMPLOY

This matter is before the Court on the Application to Employ (ECF No. 31) filed by the Chapter 7 Trustee. The certificate of service indicates the instant application was served on all creditors. However, it does not specify who was actually served. Certificates of service must specify who was served and the method of service.

**THEREFORE, IT IS ORDERED** that the Application to Employ is denied without prejudice.

SIGNED: 06/13/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge