

ENTERED
07/24/2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                          §
MICHAEL  VEACH; dba GLOBAL SLEEP   §        CASE NO: 19-31275
TECHNOLOGIES; dba GLOBAL SLEEP     §
HEADQUARTERS, LP; dba ARM          §
ASSOCIATES, LP; dba EMBLEM          §
RESOURCES, LLC; dba EMBLEM GROUP,  §
LLC, *et al*                            §
    Debtor(s)                          §
                                                §        CHAPTER  7

## <u>ORDER DENYING APPLICATION TO EMPLOY</u>

This matter is before the Court on the Application to Employ (ECF No. 40) filed by the

Chapter 7 Trustee.  The movant has failed to serve the instant application on all required parties

pursuant to Bankruptcy Local Rule 9013-1.

**THEREFORE, IT IS ORDERED** that the Application to Employ is denied without

prejudice.

SIGNED: 07/24/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

1 / 1