UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: MICHAEL VEACH<br>CARLA VEACH | CASE NO: 19-31275<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 42<br>Judge: Jeff Norman<br>Hearing Location: Courtroom 403 15 Rusk<br>Hearing Date: August 14, 2019<br>Hearing Time: 11:00 |

On 7/26/2019, I did cause a copy of the following documents, described below,

Chapter 7 Trustee's Motion for Reconsideration of Order Denying Applicationto Employ ECF Docket Reference No. 42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/26/2019

/s/ Randy W. Williams
Randy W. Williams
Byman & Associates PLLC
7924 Broadway Ste 104
Pearland, TX  77581
281 884 9262

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  MICHAEL VEACH<br>CARLA VEACH | CASE NO: 19-31275<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 42<br>Judge: Jeff Norman<br>Hearing Location: Courtroom 403 15 Rusk<br>Hearing Date: August 14, 2019<br>Hearing Time: 11:00 |

On 7/26/2019, a copy of the following documents, described below,

Chapter 7 Trustee's Motion for Reconsideration of Order Denying Applicationto Employ ECF Docket Reference No. 42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/26/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Randy W. Williams
Byman & Associates PLLC
7924 Broadway Ste 104
Pearland, TX  77581

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                          AMERICAN EXPRESS NATIONAL BANK     KOHLS
 LABEL MATRIX FOR LOCAL NOTICING    CO BECKET AND LEE LLP              CO BECKET AND LEE LLP
05414                              PO BOX 3001                        PO BOX 3001
CASE 19-31275                      MALVERN PA 19355-0701              MALVERN PA 19355-0701
SOUTHERN DISTRICT OF TEXAS
HOUSTON
FRI JUL 26 11-11-20 CDT 2019


MIDFIRST BANK                      PRA RECEIVABLES MANAGEMENT LLC     TRUSTMARK NATIONAL BANK
CO BDFTE LLP                       PO BOX 41021                       14604 NORTHWEST FREEWAY
4004 BELT LINE RD STE 100          NORFOLK VA 23541-1021              HOUSTON TX 77040-4031
ADDISON TX 75001-4320


WELLS FARGO BANK NA                EXCLUDE                            ACTIVE LIFE DENTRISTRY
CO BDFTE LLP                       +                                  9740 BARKER CYPRESS ROAD
4004 BELT LINE RD STE 100          UNITED STATES BANKRUPTCY COURT     CYPRESS TX 77433-1975
ADDISON TX 75001-4320              PO BOX 61010
                                   HOUSTON TX 77208 1010


AFFILIATED ACCEPTANCE CORP         ALLY FINANCIAL                     AMEX
14443 N STATE HIGHWAY 5            ATTN BANKRUPTCY DEPT               CORRESPONDENCE
SUNRISE BEACH MO 65079-6983        PO BOX 380901                      PO BOX 981540
                                   BLOOMINGTON MN 55438-0901          EL PASO TX 79998-1540


BBVA COMPASS                       BAKER   ASSOCIATES                 BEST BUY
ATTN BANKRUPTCY                    950 ECHO LANE SUITE 200            P O BOX 60148
PO BOX 10566                       HOUSTON TX 77024-2822              CITY OF INDUSTRY CA 91716-0148
BIRMINGHAM AL 35296-0001


CAPITAL ONE                        CAPITAL ONEHELZBERG                CHASE CARD SERVICES
ATTN BANKRUPTCY                    ATTN BANKRUPTCY                    CORRESPONDENCE DEPT
PO BOX 30285                       PO BOX 30285                       PO BOX 15298
SALT LAKE CITY UT 84130-0285       SALT LAKE CITY UT 84130-0285       WILMINGTON DE 19850-5298


CITIBANKSEARS                      DEPT OF ED  NAVIENT                DISCOVER FINANCIAL
CENTRALIZED BANKRUPTCY             ATTN CLAIMS DEPT                   PO BOX 3025
PO BOX 790034                      PO BOX 9635                        NEW ALBANY OH 43054-3025
ST LOUIS MO 63179-0034             WILKES BARR PA 18773-9635


FEDLOAN SERVICING                  FIRST COMMUNITY CU                 FIRST PREMIER BANK
ATTENTION BANKRUPTCY               ATTN BANKRUPTCY                    PO BOX 5524
PO BOX 69184                       15260 FARM TO MARKET RD 529        SIOUX FALLS SD 57117-5524
HARRISBURG PA 17106-9184           HOUSTON TX 77095


HOUSTON METHODIST                  HOUSTON METHODIST                  INDIANA CHILD SUPPORT BUREAU
PO BOX 3133                        PO BOX 4315                        PO BOX 7130
HOUSTON TX 77253-3133              HOUSTON TX 77210-4315              INDIANAPOLIS IN 46207-7130
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JAMIE CREAGER<br>1210 MERLINS OAKS<br>SPRING TX 77379-3671 | KOHLSCAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3120<br>MILWAUKEE WI 53201-3120 |
| LINCOLN AUTOMOTIVE FINANCIAL SERVICE<br>ATTN BANKRUPTCY<br>PO BOX 542000<br>OMAHA NE 68154-8000 | LORD NAVILLE WARD LLC<br>506 STATE STREET<br>PO BOX 1343<br>NEW ALBANY IN 47151-1343 | MD ANDERSON<br>PO BOX 4460<br>HOUSTON TX 77210-4460 |
| MIDLAND MORTGAGE CO<br>ATTN CUSTOMER SERVICEBANKRUPTCY<br>PO BOX 26648<br>OKLAHOMA CITY OK 73126-0648 | NBT BANK NA<br>20 MOHAWK ST<br>CANAJOHARIE NY 13317-1144 | NEPTUNE ER SERVICES PA<br>PO BOX 9804<br>HOUSTON TX 77213-0804 |
| NISSAN MOTOR ACCEPTANCE<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | OCWEN LOAN SERVICING<br>ATTN RESEARCHBANKRUPTCY<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH FL 33409-6493 | PRIMEWAY FEDERAL CU<br>PO BOX 53088<br>HOUSTON TX 77052-3088 |
| ROSEHILL CHRISTIAN SCHOOL<br>19830 FM 2920<br>TOMBALL TX 77377-5605 | S G OWNERS ASSOCIATION INC<br>11000 CORPORATE CENTRE<br>SUITE 150<br>HOUSTON TX 77041-5179 | SAN ANTONIO CREDIT UNI<br>ATTN BANKRUPTCY<br>PO BOX 1356<br>SAN ANTONIO TX 78295-1356 |
| SYNCBROOMS TO GO<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCBCCDSTR<br>PO BOX 96060<br>ORLANDO FL 32896-0001 | SYNCHRONY BANK JC PENNEYS<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKBANANA REPUBLIC<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO FL 32896-5061 | SYNCHRONY BANKYAMAHA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| TD AUTO FINANCE<br>PO BOX 9001865<br>LOUISVILLE KY 40290-1865 | TEXAS DOW EMPLOYEES CU<br>1001 F M 2004<br>LAKE JACKSON TX 77566-4012 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| TRUSTMARK NATIONAL BANK<br>1845 HIGHWAY 6<br>SUGAR LAND TX 77478-4964 | TRUSTMARK NATIONAL BANK<br>PO BOX 291<br>JACKSON MS 39205-0291 | US TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>515 RUSK AVE<br>STE 3516<br>HOUSTON TX 77002-2604 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


VISA DEPT STORE NATIONAL BANKMACYS      WELLS FARGO HOME MORTGAGE    P  I    WFFNBGALLERY FURNITUR
ATTN BANKRUPTCY                         ATTN BANKRUPTCY                      WFFNB CARD SERVICES
PO BOX 8053                             MAC X7801-014                        PO BOX 51193
MASON OH 45040-8053                     FORT MILL SC 29715                   LAS VEGAS NV 89193




                                        DEBTOR
CARLA VEACH                                                                  RANDY W WILLIAMS
8615 CAPE ROYAL DR                      MICHAEL VEACH                        BYMAN   ASSOCIATES PLLC
CYPRESS TX 77433-6684                   8615 CAPE ROYAL DR                   7924 BROADWAY
                                        CYPRESS TX 77433-6684                SUITE 104
                                                                             PEARLAND TX 77581-7933




REESE W BAKER                           SONYA LYNN KAPP
BAKER   ASSOCIATES                      BAKER   ASSOCIATES LLP
950 ECHO LANE                           950 ECHO LN SUITE 300
SUITE 300                               HOUSTON TX 77024-2756
HOUSTON TX 77024-2756
```