

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/24/2019

| | | |
|---|---|---|
| IN RE: | § | |
| MICHAEL  VEACH; dba GLOBAL SLEEP | § | CASE NO: 19-31275 |
| TECHNOLOGIES; dba GLOBAL SLEEP | § | |
| HEADQUARTERS, LP; dba ARM | § | |
| ASSOCIATES, LP; dba EMBLEM | § | |
| RESOURCES, LLC; dba EMBLEM GROUP, | § | |
| LLC, *et al* | § | |
|     Debtor(s) | § | |
| | § | |
| | § | CHAPTER  7 |

## ORDER DENYING APPLICATION TO EMPLOY

This matter is before the Court on the Application to Employ (ECF No. 40) filed by the

Chapter 7 Trustee.  The movant has failed to serve the instant application on all required parties

pursuant to Bankruptcy Local Rule 9013-1.

**THEREFORE, IT IS ORDERED** that the Application to Employ is denied without

prejudice.

SIGNED: 07/24/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

1 / 1

United States Bankruptcy Court
Southern District of Texas

In re:                                                          Case No. 19-31275-jpn
Michael Veach                                                   Chapter 7
Carla Veach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4          User: mrios          Page 1 of 1              Date Rcvd: Jul 24, 2019
                             Form ID: pdf002       Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db/jdb        +Michael Veach,   Carla Veach,   8615 Cape Royal Dr.,   Cypress, TX 77433-6684
cr             American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern, PA  19355-0701
cr             Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701
cr            +Midfirst Bank,   c/o BDFTE, LLP,   4004 Belt Line Rd Ste. 100,   Addison, TX 75001-4320
cr            +TRUSTMARK NATIONAL BANK,   14604 Northwest Freeway,   Houston, TX 77040-4031
cr            +Wells Fargo Bank, N.A.,   c/o BDFTE, LLP,   4004 Belt Line Rd Ste. 100,
               Addison, TX 75001-4320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2019 23:02:35
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 1


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
          Abbey U. Dreher    on behalf of Creditor    Wells Fargo Bank, N.A. sdecf@BDFGROUP.com
          Abbey U. Dreher    on behalf of Creditor    Midfirst Bank sdecf@BDFGROUP.com
          Donald L Turbyfill    on behalf of Creditor    TRUSTMARK NATIONAL BANK dturbyfill@dntlaw.com,
           ardell@dntlaw.com;jody@dntlaw.com
          Mitchell J. Buchman    on behalf of Creditor    Wells Fargo Bank, N.A. sdecf@bdfgroup.com
          Mitchell J. Buchman    on behalf of Creditor    Midfirst Bank sdecf@bdfgroup.com
          Randy W Williams    rww@bymanlaw.com,
           rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com
          Reese W Baker    on behalf of Debtor Michael  Veach courtdocs@bakerassociates.net,
           i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;courtdocsstaylor@gmail.c
           om;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@baker
           associates.net;igo&#0
          Reese W Baker    on behalf of Joint Debtor Carla  Veach courtdocs@bakerassociates.net,
           i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;courtdocsstaylor@gmail.c
           om;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@baker
           associates.net;igo&#0
          Sonya Lynn Kapp    on behalf of Debtor Michael  Veach sonya.kapp@bakerassociates.net,
           courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmai
           l.com;courtdocsstaylor@gmail.com;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakeras
           sociates.net
          Sonya Lynn Kapp    on behalf of Joint Debtor Carla  Veach sonya.kapp@bakerassociates.net,
           courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmai
           l.com;courtdocsstaylor@gmail.com;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakeras
           sociates.net
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                          TOTAL: 11